```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                           CASE NO. 08 B 26290
   GUSTAVO CALVILLO
                                                 CHAPTER 13

                                                 JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-2370


-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 09/30/08 .

     2.  The case was dismissed without confirmation, 12/05/2008.

-------------------------------------------------------------------------------
                                                                       PRINCIPAL
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PAID
                                                              PAID
-------------------------------------------------------------------------------
WASHINGTON MUTUAL BANK     CURRENT MORTG          .00          .00         .00
GMAC RESCAP LLC            SECURED                .00          .00         .00
AMERICAS SERVICING CO      CURRENT MORTG          .00          .00         .00
EMC MORTGAGE               SECURED                .00          .00         .00
CAPITAL MANAGEMENT SERVI   UNSECURED        NOT FILED          .00         .00
CAPITAL ONE BANK           UNSECURED        NOT FILED          .00         .00
CREDIT ONE BANK            UNSECURED        NOT FILED          .00         .00
HSBC                       UNSECURED        NOT FILED          .00         .00
HSBC                       UNSECURED        NOT FILED          .00         .00
HSBC                       UNSECURED        NOT FILED          .00         .00
CHASE BANK USA             UNSECURED        NOT FILED          .00         .00
PORTFOLIO RECOVERY ASSOC   UNSECURED        NOT FILED          .00         .00
RPM COLLECTION             UNSECURED        NOT FILED          .00         .00
VERIZON WIRELESS           UNSECURED        NOT FILED          .00         .00
            Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER       TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00           .00          .00         .00         .00
PRINCIPAL PAID          .00           .00          .00         .00         .00
INTEREST PAID           .00           .00          .00         .00         .00
TOTAL PAID              .00           .00          .00         .00         .00
The Debtor's attorney, JEFFREY L BENSON              , was allowed $       .00
and was paid $         .00 .

The Trustee received $        .00 .

Refunds to the Debtor totaled $       .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

Dated: 03/13/09                    /s/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE